UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GRUBB & ELLIS/CENTENNIAL, INC.    )
                                  )
                                  )
v.                                )   NO. 3:03-0016
                                  )
GAEDEKE HOLDINGS, LTD,            )
and GAEDEKE LANDERS, LLC          )

ORDER

Pending before the Court are the Plaintiff's Renewed Motion For Summary Judgment (Docket No. 71), and Defendants' Renewed Motion For Summary Judgment (Docket No. 74). For the reasons set forth in the accompanying Memorandum, Plaintiff's Renewed Motion For Summary Judgment (Docket No. 71) is GRANTED in part, as set forth below. Defendants' Renewed Motion For Summary Judgment (Docket No. 74) is DENIED.

The referral of Defendants' counterclaim for attorneys' fees to the Magistrate Judge is REVOKED, as that claim is dismissed herein.

The parties are ordered to file briefs, on or before September 6, 2005, as to the amount of commissions due Plaintiff, and addressing Plaintiff's requests for attorneys' fees and prejudgment interest. The briefs should also address the issue of whether Plaintiff's claim for a commission involving Bridgestone's possible execution of a lease in 2009 of different parts of the Defendants' property is within the contemplation of the Agreement, and is otherwise ripe for

decision by the Court at this time.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE